# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Sandra Gangluff,           Case No. 3:19CV521

    Plaintiff

    v.           **JUDGMENT ENTRY**

Kasper Toyota Scion, *et al.*,

    Defendants

In accordance with the order filed contemporaneously with this judgment entry, it is hereby ORDERED THAT

1. Plaintiff Sandra Gangluff's motion to remand (Doc. 6) be, and the same hereby is, granted; and

2. This case be remanded to the Court of Common Pleas, Erie County, Ohio.

So ordered.

        /s/ James G. Carr
        Sr. U.S. District Judge